CARL E. ROSTAD
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Carl.Rostad@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN ROSE RAE,<br><br>Defendant. | CR 10-149-BLG-JDS<br><br><br><br>**STIPULATION REGARDING RESTITUTION** |
|---|---|

The United States of America, by and through Carl E. Rostad, Assistant United States Attorney for the District of Montana, and the Defendant, Susan Rose Rae, by L. Sanford Selvey, II, counsel of record for Ms. Rae, hereby stipulate as follows:

The parties stipulate and agree that a reasonable and appropriate amount of restitution in this matter is $290,214.61, which is immediately due and payable.  Restitution in the amount of $290,214.61, to be paid to the Clerk of Court and disbursed to the following:

1. Jeremy Hofer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $11,935.59
   P.O. Box 90126
   Sioux Falls, SD 57109

2. Mary Hofer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $19,403.65
   P.O. Box 90126
   Sioux Falls, SD 57109

3. Reba Waldner. . . . . . . . . . . . . . . . . . . . . . . . . . . . $    300.00
   Sioux Falls, SD 57104

4. Sallie Mae Fraud Investigations. . . . . . . . . . . . . . $67,880.99
   Re: 9965948750
   P.O. Box 3779
   Wilkes-Barre, PA 18773

5.     First Marbelhead Education Resources. . . . . . . . . $80,814.42
       FMER - Fraud Department
       Case # 15352
       One Cabot Road
       Medford, MA 02155

6.     Graduate Leverage LLC. . . . . . . . . . . . . . . . . . . . $30,994.73
       Case # 2010R00198
       400 Fifth Avenue, Suite 600
       Waltham, MA 02451

7.     PNC Bank. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $66,700.61
       Attention: Kelly Cooke - K1KHDQ-03-01
       500 W. Jefferson Street
       Louisville KY 40202

8.     Sun Trust Education Loans. . . . . . . . . . . . . . . . . $12,184.62
       Account: 3156017632
       Male Code: RVW 7076
       1001 Semmes Avenue
       Richmond, VA 23224

United States Probation Officer Marcie Zink concurs with this stipulation.

DATED this 27th of January, 2012.

                    MICHAEL W. COTTER
                    United States Attorney


                    /s/ Carl E. Rostad
                    CARL E. ROSTAD
                    Assistant U.S. Attorney
                    Attorney for Plaintiff


                    /s/ L. Sanford Selvey, II
                    L. SANFORD SELVEY, II
                    Counsel for Susan Rose Rae