

FILED
DEC 18 2019
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-10-149-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |
| SUSAN ROSE RAE, | |
| Defendant. | |

On December 13, 2019, Ms. Rae filed a motion for early termination of her supervised release. (Doc. 49.) The United States does not oppose the motion. It notes Ms. Rae has paid a significant amount of her restitution and will continue to pay while she is off supervised release. (Doc. 51 at 2.) Upon Ms. Rae's motion, and for good cause appearing,

**IT IS HEREBY ORDERED** the Motion for Early Termination of Supervised Release is **GRANTED**. Ms. Rae's supervised release is terminated as of the date of this Order.

The Clerk of Court shall notify counsel and the U.S. Probation Office of this Order.

DATED this 18th day of December 2019.

                                              SUSAN P. WATTERS
                                              United States District Judge