IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN RAE,<br><br>Defendant,<br><br>MITCHELL CARE CENTER,<br><br>Garnishee. | CR 10-149-BLG-SPW<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL, EXHIBIT A OF THE DECLARATION OF VICTORIA L. FRANCIS IN SUPPORT OF THE UNITED STATES' RESPONSE TO REQUEST FOR HEARING |

Upon the United States' Motion to File Under Seal Exhibit A of the Declaration of Victoria L. Francis in Support of the United States' Response to Request for Hearing (Doc. 64), in accordance with Rule 5.2(d), and for good cause appearing,

IT IS HEREBY ORDERED that Exhibit A of the Declaration of Victoria L. Francis in Support of the United States' Response to Request for Hearing, shall be filed under SEAL.

DATED this 13th day of January, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1